IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. 10-cv-0238 WJ/SMV

NICOLE HICKS; THE FINANCE CO. OF
N.M., INC.; CREDIT ACCEPTANCE CORP.;
LESLIE BECKER; LITTLE BOYS LLC;
ASHOK KAUSHAL; LITTLE INVS. LLC;
N.M. DEP'T OF WORKFORCE SOLUTIONS;
DEBORAH HICKS; GLEN HICKS;
and PATRICK H. PADILLA;

    Defendants.[1]

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      June 3, 2014, at 10:00 a.m.

**Matter to be heard**:    Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is hereby set for **June 3, 2014, at 10:00 a.m.**  The parties shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

---

[1] Defendant Kaushal is the only remaining defendant.  The Finance Company of New Mexico was voluntarily dismissed.  *See* [Doc. 44].  Default judgments have been entered against Defendants Credit Acceptance Corporation; Leslie Becker; Little Boys, LLC; Little Investments, LLC; Nicole Hicks; Deborah Hicks; and Glen Hicks.  [Docs. 27, 28, 67, 68, 77, 90].  Defendants New Mexico Department of Workforce Solutions and Bernalillo County Treasurer (formerly Patrick H. Padilla) have entered into a stipulation with the United States, resolving the claims against them.  [Doc. 89].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.