# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                    **No. 10-cv-0238 WJ/SMV**

**NICOLE HICKS; THE FINANCE CO. OF**
**N.M., INC.; CREDIT ACCEPTANCE CORP.;**
**LESLIE BECKER; LITTLE BOYS LLC;**
**ASHOK KAUSHAL; LITTLE INVS. LLC;**
**N.M. DEP'T OF WORKFORCE SOLUTIONS;**
**DEBORAH HICKS; GLEN HICKS;**
**and PATRICK H. PADILLA;**

      **Defendants.[1]**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      October 29, 2014, at 9:30 a.m.
**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **October 29, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

      **IT IS SO ORDERED.**

                                          _____
                                         **STEPHAN M. VIDMAR**
                                         **United States Magistrate Judge**

---

[1] Defendant Kaushal is the only remaining defendant.  The Finance Company of New Mexico was voluntarily dismissed. *See* [Doc. 44].  Default judgments have been entered against Defendants Credit Acceptance Corporation; Leslie Becker; Little Boys, LLC; Little Investments, LLC; Nicole Hicks; Deborah Hicks; and Glen Hicks. [Docs. 27, 28, 67, 68, 77, 90].  Defendants Bernalillo County Treasurer (formerly Patrick H. Padilla, now Manny Ortiz) and New Mexico Department of Workforce Solutions have entered into a stipulation with the United States resolving the claims against them.  [Doc. 89].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.