IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.    No. 10-cv-0238 WJ/SMV

NICOLE HICKS; THE FINANCE CO. OF
N.M., INC.; CREDIT ACCEPTANCE CORP.;
LESLIE BECKER; LITTLE BOYS LLC;
ASHOK KAUSHAL; LITTLE INVS. LLC;
N.M. DEP'T OF WORKFORCE SOLUTIONS;
DEBORAH HICKS; GLEN HICKS;
and PATRICK H. PADILLA;

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

THIS MATTER is before the Court sua sponte. It appears that no disputed claims remain against any Defendant.[1]

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **October 17, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                      **STEPHAN M. VIDMAR**
                      **United States Magistrate Judge**

---

[1] The Finance Company of New Mexico was voluntarily dismissed. *See* [Doc. 44]. Default judgments have been entered against Defendants Credit Acceptance Corporation; Leslie Becker; Little Boys, LLC; Little Investments, LLC; Nicole Hicks; Deborah Hicks; Glen Hicks, and Ashok Kaushal. [Docs. 27, 28, 67, 68, 77, 90, 102]. Defendants Bernalillo County Treasurer (formerly Patrick H. Padilla, now Manny Ortiz) and New Mexico Department of Workforce Solutions have entered into a stipulation with the United States resolving the claims against them. [Doc. 89].