IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                        No. 10-cv-0238 WJ/SMV

**NICOLE HICKS; THE FINANCE CO. OF
N.M., INC.; CREDIT ACCEPTANCE CORP.;
LESLIE BECKER; LITTLE BOYS LLC;
ASHOK KAUSHAL; LITTLE INVS. LLC;
N.M. DEP'T OF WORKFORCE SOLUTIONS;
DEBORAH HICKS; GLEN HICKS;
and PATRICK H. PADILLA;**

    Defendants. [1]

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. More than four years have passed since all of the claims against all of the parties were resolved in this case. However, the filing of closing documents was delayed while the United States attempted to sell certain foreclosed property. *See* [Doc. 107]. On July 18, 2018, however, Chief Judge Johnson approved the sale of the property. [Doc. 117]. **IT IS THEREFORE ORDERED** that no later than **March 6, 2019**, the United States file a report explaining the status of case and when it expects to be able to file closing documents to effectuate the administrative closure of this case.

                                                                                        **STEPHAN M. VIDMAR
                                                                                        United States Magistrate Judge**

---

[1] The Finance Company of New Mexico was voluntarily dismissed. *See* [Doc. 44]. Default judgments have been entered against Defendants Credit Acceptance Corporation; Leslie Becker; Little Boys, LLC; Little Investments, LLC; Nicole Hicks; Deborah Hicks; Glen Hicks, and Ashok Kaushal. [Docs. 27, 28, 67, 68, 77, 90, 102]. Defendants Bernalillo County Treasurer (formerly Patrick H. Padilla, now Manny Ortiz) and New Mexico Department of Workforce Solutions have entered into a stipulation with the United States resolving the claims against them. [Doc. 89].